## SEALED APPELLEE, Plaintiff–Appellee

v.

## SEALED APPELLANT, Defendant–Appellant.

No. 09–50756

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 17, 2010.

---

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Sealed Appellant has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Sealed Appellant has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

The Federal Public Defender appointed to represent Jose Martinez–Corro has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Martinez–Corro has filed a response. Our independent review of the record, counsel's brief, and Martinez–Corro's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

